**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2133**

EDGAR MOTA-BRAGA,

          Petitioner,

    v.

WILLIAM P. BARR, Attorney General,

          Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  March 25, 2020                           Decided:  March 30, 2020

Before KING, DIAZ, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Edgar Mota-Braga, Petitioner Pro Se.  Sabatino Fioravante Leo, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edgar Mota-Braga, a native and citizen of Brazil, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his third motion to reopen and reconsider. We have thoroughly reviewed the record and conclude that the Board did not abuse its discretion in denying the motion. *See Urbina v. Holder,* 745 F.3d 736, 741 (4th Cir. 2014) (stating standard of review); *Mosere v. Mukasey*, 552 F.3d 397, 400 (4th Cir. 2009) (same). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*